Name: Mamie Tinker
Mailing address: PO Box 135
City, State, Zip: Hooper Bay, AK 99604
Telephone: (907) 758 6553

RECEIVED JUN 29 2018 CLERK, U.S. DISTRICT COURT ANCHORAGE, A.K.

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ALASKA

Mamie S. Tinker,
(Enter full name of plaintiff in this action)

Plaintiff,

vs.

State of Alaska, judge Eric Martson,
State of Alaska, OCS, Amy Patil,
ICWA, Mildred Metcalf,
(Enter full names of defendant(s) in this action. Do NOT use *et al.*)

Defendant(s).

Case No. 3:18-CV-00155-SLG
(To be supplied by Court)

**COMPLAINT UNDER THE CIVIL RIGHTS ACT 42 U.S.C. § 1983**

**(NON-PRISONERS)**

## A. Jurisdiction

Jurisdiction is invoked under 28 U.S.C. § 1343(a)(3) and 42 U.S.C. § 1983. If you assert jurisdiction under any different or additional authorities, please list them below:

Native Village of Hooper Bay

## B. Parties

1. <u>Plaintiff</u>: This complaint alleges that the civil rights of Mamie Tinker (print your name),

who presently resides at PO Box 135, Hooper Bay, AK 99604 (mailing address),

were violated by the actions of the individual(s) named below.

2. <u>Defendants</u> (Make a copy of this page and provide same information if you are naming more than 3 defendants):

Defendant No. 1, __Eric Martson__ is a citizen of __Alaska__, and is employed as a __Alaska Court Judge__.
(name) (state) (defendant's government position/title)

__X__ This defendant **personally participated** in causing my injury, and I want **money damages**.
OR
____ The **policy or custom** of this official's government agency violates my rights, and I seek **injunctive relief** (to stop or require someone do something).

Defendant No. 2, __Amy Patil__ is a citizen of __Alaska__, and is employed as a __Office of Childrens Services__.
(name) (state) (defendant's government position/title)

__X__ This defendant **personally participated** in causing my injury, and I want **money damages**.
OR
____ The **policy or custom** of this official's government agency violates my rights, and I seek **injunctive relief** (to stop or require someone do something).

Defendant No. 3, __Mildred Metcalf__ is a citizen of __Alaska__, and is employed as a __(Retired) ICWA__.
(name) (state) (defendant's government position/title)

__X__ This defendant **personally participated** in causing my injury, and I want **money damages**.
OR
____ The **policy or custom** of this official's government agency violates my rights, and I seek **injunctive relief** (to stop or require someone do something).

**C. Causes of Action** (You may attach additional pages alleging other causes of action and facts supporting them if necessary. Make copies of page 5 and rename them pages 5A, 5B, etc. and rename the claims, "Claim 4," "Claim 5, etc.").

Claim 1: On or about <u>April 2014 – August 2014</u>, my civil right to
(Date)
<u>Have a caseplan for reunification</u>
(due process, freedom of religion, free speech, freedom of association and/or assembly, freedom from cruel and unusual punishment, etc. List **only one** violation.)
was violated by <u>Eric Martson</u>
(Name of the specific Defendant who violated this right)

Supporting Facts (Briefly describe facts you consider important to Claim 1. State what happened briefly and clearly, in your own words. Do not cite legal authority or argument. Describe exactly what each defendant, by name, did to violate the right alleged in Claim 1.):

For allowing Raul Chavira (father) custody of my child Armondo Chavira; who is a native child enrolled in the Native Village of Hooper Bay, and not allowing the mother Mamie Tinker to have a case plan for reunification.

I have filed a Motion to modify Custody and Visitation three times since 2016 and turned in Certifications of completion of different treatments to regain custody, and Eric Martson is not acknowledging the certificates. To this day, I am still separated from my son.

Raul Chavira (father) was binge drinking for 5 days and still got awarded custody of my son.

Claim 2: On or about _April 2014 - August 2014_, my civil right to
(Date)
_have a caseplan for reunification_
(due process, freedom of religion, free speech, freedom of association and/or assembly, freedom from cruel and unusual punishment, etc. List **only one** violation.)
was violated by _Amy Patil, OCS_
(Name of the specific Defendant who violated this right)

Supporting Facts (Briefly describe facts you consider important to Claim 2. State what happened briefly and clearly, in your own words. Do not cite legal authority or argument. Describe exactly what each defendant, by name, did to violate the right alleged in Claim 2.):

Amy Patil is/was the OCS worker assigned to this case.
Amy Patil and Mildred Metcalf worked together in granting the father custody of Amondo Chavira without developing a caseplan for reunification between mother and son.
Amy Patil discriminated me! She did not tell me about any court hearings regarding my son in 2014 and the State Court let me go into default. Amy Patil didn't think Raul Chavira needed to go through treatment even though he was binge drinking and yet allowed him to keep my son.

Claim 3: On or about **April 2014**, my civil right to **have a caseplan for reunification**
(due process, freedom of religion, free speech, freedom of association and/or assembly, freedom from cruel and unusual punishment, etc. List **only one** violation.)

was violated by **Mildred Metcalf**
(Name of the specific Defendant who violated this right)

Supporting Facts (Briefly describe facts you consider important to Claim 3. State what happened briefly and clearly, in your own words. Do not cite legal authority or argument. Describe exactly what each defendant, by name, did to violate the right alleged in Claim 3.):

In April 2014, I first lost my son Armondo Chavira DOB 7/24/14. We are tribal members enrolled in the Native Village of Hooper Bay. Mildred Metcalf, who was the Indian Child Welfare Act Specialist, received the report and did not intervene for my son nor did she develop any kind of caseplan for reunification between mother and son. There was never a caseplan developed yet she allowed the father to gain custody of my son and expedite this case.
In May 2014, I went to Mildred Metcalf's office and she didn't allow me to talk to her but she called the police even though I went to her for help! Mildred Metcalf didn't even communicate with me about upcoming court hearings regarding my son and caused me to go into default. I feel discriminated by her for unknown reasons.

D. Previous Lawsuits

1. Have you begun other lawsuits in **state or federal court** dealing with the **same facts** involved in this action, **or otherwise relating to your imprisonment**? _____ Yes __✓__ No

2. If your answer is "Yes," describe each lawsuit.

a. <u>Lawsuit 1</u>:

Plaintiff(s):_____

Defendant(s):_____

Name and location of court:_____

Docket number:_____ Name of judge:_____

Approximate date case was filed: _____ Date of final decision: _____

Disposition: _____ Dismissed _____ Appealed _____ Still pending

Issues Raised:_____

b. <u>Lawsuit 2</u>:

Plaintiff(s):_____

Defendant(s):_____

Name and location of court:_____

Docket number:_____ Name of judge:_____

Approximate date case was filed: _____ Date of final decision: _____

Disposition: _____ Dismissed _____ Appealed _____ Still pending

Issues Raised:_____

F. Request for Relief

Plaintiff requests that this Court grant the following relief:

1. Damages in the amount of $ __10,000,000__

2. Punitive damages in the amount of $ 10,000,000

3. An order requiring defendant(s) to  Pay for the damages caused

4. A declaration that _____

5. Other: _____

Plaintiff demands a trial by jury. __✓__ Yes _____ No

## DECLARATION UNDER PENALTY OF PERJURY

The undersigned declares under penalty of perjury that s/he is the plaintiff in the above action, that s/he has read the above civil rights complaint and that the information contained in the complaint is true and correct.

Executed at  Anchorage, Alaska  on  6/29/2018
            (Location)                    (Date)

_Mamie Fink_
(Plaintiff's Original Signature)

_____   _____
Original Signature of Attorney (if any)        (Date)

_____
_____
_____

Attorney's Address and Telephone Number